

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER

Appellate case name:     Keith Anthony Marine v. The State of Texas

Appellate case numbers:  01-13-00668-CR
                            01-13-00669-CR

Trial court case numbers: 1071617
                            1078980

Trial court:             263rd District Court of Harris County

It is ordered that appellant Keith Anthony Marine's "Order Regarding Request for Rehearing" filed on November 18, 2013 is **dismissed**. *See* TEX. R. APP. P. 49.5 (permitting additional motions for rehearing after first motion is ruled upon only when appellate court modifies judgment, vacates judgment and renders new judgment, or issues different opinion).

It is so ORDERED.

Judge's signature: /s/ Harvey Brown
                    Acting for the Court

Date: November 26, 2013